IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00581-RBJ

CRAIG A. MCKNIGHT,

    Plaintiff,

v.

MARTIN GOODALL, and
HELEN GOODALL

    Defendants.

---

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court on the parties' Stipulated Motion for Dismissal with Prejudice and pursuant to Fed. R. Civ. P. 41(a)(1), and the Court being fully advised, hereby adopts the stipulation of the parties.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this action shall be and is hereby dismissed **WITH PREJUDICE**, each party to bear their own costs and fees.

DATED this 18th day of February, 2014.

                BY THE COURT:

                */s/ Brooke Jackson*

                _____
                R. Brooke Jackson
                United States District Judge